# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142149 & (32)(33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES HOWARD BELL,
        Defendant-Appellant.

_____/

SC: 142149
COA: 298635
Kalamazoo CC: 2005-001534-FC

On order of the Court, the application for leave to appeal the August 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and the motion for extension of time are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620